## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELDON C. ALSOP | : | CIVIL ACTION NO. 02-CV-3026 |
| | : | |
| v. | : | |
| | : | |
| REPUBLIC SERVICES GROUP | : | |
| OF PENNSYLVANIA, LLC, d/b/a | : | |
| McCUSKER AND OGBORNE | : | |

### ENTRY OF APPEARANCE WITH DEMAND FOR JURY TRIAL

TO THE CLERK:

Kindly enter our appearance on behalf of Defendant Republic Services Group of Pennsylvania, LLC, d/b/a McCusker and Ogborne in the above-captioned matter. A trial by jury is hereby demanded.

**Segal McCambridge Singer & Mahoney, Ltd.**

By:_____
Walter H. Swayze, Esquire
Theodore C. Flowers, Esquire
Attorneys for Defendant,
Republic Services Group of Pennsylvania, LLC,
d/b/a McCusker and Ogborne

Dated: June 11, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELDON C. ALSOP | : | CIVIL ACTION NO. 02-CV-3026 |
| | : | |
| v. | : | |
| | : | |
| REPUBLIC SERVICES GROUP | : | |
| OF PENNSYLVANIA, LLC, d/b/a | : | |
| McCUSKER AND OGBORNE | : | |

### CERTIFICATION OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Entry of Appearance was served via first class mail, postage pre-paid, upon the following counsel on the date indicated below:

>Sidney L. Gold Esquire
>Lovitz and Gold, P.C.
>1835 Market Street, Suite 515
>Eleven Penn Center
>Philadelphia, PA  19103

_____
Theodore C. Flowers, Esquire

Dated:  June 11, 2002